MARK ROBERT GORDON, Appellant, v CHUBB GROUP OF INSURANCE COMPANY et al., Respondents.

Decided May 5, 2015

Appeal, insofar as taken from the November 2014 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the action within the meaning of the Constitution; appeal, insofar as taken from the February 2014 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.